AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Sep 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GREGORY BELL | ) | Case No.  3-21-mj-71435 MAG |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 6, 2019  in the county of  San Francisco  in the  Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Posession of Firearms and Ammunition |

This criminal complaint is based on these facts:

Please see the attached affidavit of FBI SA Daniel Saavedra

☑ Continued on the attached sheet.

Approved as to form  */s/Evan M. Mateer*
SAUSA Evan M. Mateer

/s/
*Complainant's signature*

FBI SA Daniel Saavedra
*Printed name and title*

Sworn to before me by telephone.

Date:  09/09/2021

*Judge's signature*

City and state:   San Francisco, California    Hon. Sallie Kim, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Saavedra, Special Agent of the Federal Bureau of Investigation ("FBI"), having been duly sworn, do declare and state:

## INTRODUCTION

1. This Affidavit is made in support of a Criminal Complaint charging Gregory Bell Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).  The facts set forth in this affidavit are based on my own personal knowledge, information I obtained from other individuals during my participation in this investigation, my review of documents and records related to this investigation, including criminal history documents and police reports, and information gained through my training and experience.  Because this Affidavit is submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me that supports probable cause for arrest.  Rather, I have set forth only the facts that I believe are necessary to support the lawful arrest of the individual listed in this Affidavit.

## AFFIANT BACKGROUND

2. I am a Special Agent of the Federal Bureau of Investigation assigned to the San Francisco Office, and have been so employed since September 2019. I am assigned to investigate criminal violations of federal law with a focus on violent crimes and crimes committed by gangs. I have received training at the FBI Academy in Quantico, Virginia, including training on criminal procedure, search and seizure, violent crimes, and gang organizations. As an FBI agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. Prior to my current position as a Special Agent with the FBI, I was a police officer for

approximately four years and a gang detective for approximately one year and four months with the Mesa Police Department, in the City of Mesa, Arizona. In the course of my career both with the FBI and with the Mesa Police Department, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators who have written affidavits for, or participated in, the application for and execution of hundreds of search and arrest warrants over the course of their careers. I have also written several affidavits and executed several search warrants while performing my duties as a law enforcement officer. I have participated in the investigation of numerous cases involving fugitives, firearms, narcotics, and gang-related activities including the illegal possession, trafficking, and use of firearms during other crimes.

4. I am conducting a criminal investigation of Gregory Bell ("BELL").  On or about May 06, 2019, police officers in San Francisco, California found BELL to be in possession of a Glock 21, .45 caliber pistol equipped with a high capacity magazine and Glock selector switch and a Glock 22, .40 caliber pistol equipped with an extended magazine.  Prior to May 6, 2019, Bell had been convicted of a felony offense in the Superior Court of California.

## APPLICABLE STATUTES

5. Title 18, United States Code, § 922(g) states, in pertinent part, that "[i]t shall be unlawful for any person . . . (1) who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year . . . to possesses in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.  18 U.S.C. § 922(g)(1).  The defendant must also have known, at the time he possessed the firearm or ammunition, that he had been convicted of a crime punishable by imprisonment exceeding one year.

2

**FACTS ESTABLISHING PROBABLE CAUSE**

6. On or about August 13, 2013, in Superior Court of the State of California, County of San Bernardino, BELL was convicted of receiving stolen property in violation of California Penal Code 496. A conviction for a violation of California Penal Code 496 is punishable by a term of imprisonment exceeding one year. As the result of this conviction, BELL was sentenced to 210 days in jail and a term of three years felony probation. On or about May 6, 2014, BELL was convicted of burglary in the first degree in violation of California Penal Code 459. A conviction for a violation of California Penal Code 459 is punishable by a term of imprisonment exceeding one year. As the result of this conviction, BELL was sentenced to 1 day in prison and 5 years probation. The Complaint charging BELL with a violation of California Penal Code 459 notified him that the offense qualified as a serious felony.

7. On or about May 06, 2019, San Francisco Police Department ("SFPD") dispatch advised SFPD officers there were several "ShotSpotter" activations in the areas of Egbert Avenue and Ingalls Street to Yosemite Avenue and Ingalls Street. SFPD Officers responded to those areas. While at Ingalls Street and Yosemite Avenue, a witness walked up to their patrol vehicle and stated they observed an unknown passenger leaning out of the back window of a newer model white Jeep firing rounds into the air. Based on my training and experience, a "ShotSpotter" is a gunshot detection technology that uses sophisticated acoustic sensors to detect, locate, and alert law enforcement agencies about gunfire incidents in real time.

8. Shortly after the initial response, SFPD Officers located the white Jeep and another unknown dark colored sedan in the area of Ingalls Street and Quesada Avenue. The

SFPD Officers observed an unknown male exit the dark colored sedan and fire approximately seven (7) rounds at the white Jeep. Both vehicles immediately fled the scene.

9. The white Jeep was quickly located in the area of Innes Avenue and Hudson Avenue. BELL was located inside the vehicle sitting in the front passenger seat. There were two other people in the white Jeep along with BELL. The dark colored sedan was never located.

10. SFPD Officers on scene observed spent ammunition casings in plain view on the floor inside the white Jeep. During a probable cause search of the white Jeep, SFPD Officers located several items, to include but not limited to, four (4) spent .40 caliber casings, one (1) spent .45 caliber casing, one (1) Glock 21, .45 caliber pistol bearing serial number "WRN222", and one (1) Glock 22, .40 caliber pistol bearing serial number "KTZ856". Both firearms were equipped with high capacity magazines. The Glock 21 was equipped with a small black device on the rear of the slide known as a "Glock Selector Switch". Based on my training and experience, a Glock Selector Switch modifies the Glock pistol to fire multiple rounds with a single press of the trigger and causes the Glock pistol to function as a "machinegun" as defined in 26 U.S.C. § 5845(a).

11. A DNA analysis of the Glock 21 strongly supports the conclusion that BELL's DNA was present on the firearm. A DNA analysis of the Glock 22 supports the conclusion that BELL's DNA was present on the firearm. The examination of Gunshot Residue (GSR) from BELL yielded a positive result on both his left and right hands. The GSR examination suggests that BELL fired a firearm. The examination of GSR from the other two individuals in the vehicle also yielded positive results.

12. As part of this investigation, a ballistics comparison was conducted on the Glock 21, .45 caliber pistol which revealed a potential association with the spent .45 caliber casing located inside the white Jeep. This ballistics analysis suggests that the recovered .45 caliber casing was fired from the recovered Glock 21.

13. Based on my training, experience, and firearm trace report, the Glock 21 bearing serial number WRN222 was not manufactured in the state of California, therefore affecting interstate commerce.

## CONCLUSION

14. On the basis of my participation in this investigation and the information summarized above, I respectfully submit that there is probable cause to believe that on May 06, 2019, Gregory BELL, a convicted felon, committed a violation of federal law in that he was a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

I swear, under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

*/s/ Daniel Saavedra*

Daniel Saavedra
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 9th day of September, 2021

_____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE