FILED
Jan 25 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOS~~ED ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson  **RE:** Gregory Bell
U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief  **Docket No.:** 0971 3:21-71435M
U.S. Pretrial Services Officer

**Date:** 1/25/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                            (408) 535-5224

U.S. Pretrial Services Officer                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☑ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

_/s/ T.M. Hixson_                                                 January 25, 2022
**JUDICIAL OFFICER**                                        **DATE**
Thomas S. Hixson
United States Magistrate Judge